**Order filed February 5, 2015**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-14-00016-CR

_____

## ROY ALLEN OSTERGREN, JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 161st District Court**

**Ector County, Texas**

**Trial Court Cause No. B-40,110**

### O R D E R

The parties have filed in this court a joint motion to abate the appeal. In the motion, the parties state that they "are currently involved in ongoing plea negotiations" involving this appeal. The parties request that the appeal be abated "until these negotiations are resolved." We grant the motion in part.

The parties are to notify this court immediately if a resolution is reached that affects this appeal. The parties are also directed to file in this court any appropriate

motions necessitated by such resolution, if any.  If the parties have not resolved the matter by March 5, 2015, the appeal will be reinstated on that date.

The motion is granted in part, and the appeal is abated.

PER CURIAM

February 5, 2015

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.